# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| AURELIUS BOGAN, | ] | |
| | ] | |
| Petitioner, | ] | |
| | ] | |
| v. | ] | CIVIL ACTION NO. 04-LSC-RRA-3023-S |
| | ] | |
| WARDEN RALPH HOOKS, et al., | ] | |
| | ] | |
| Respondents. | ] | |

## ORDER OF DISMISSAL

In accordance with the Memorandum Opinion entered contemporaneously herewith, the petition for a writ of habeas corpus is hereby **DISMISSED**.  Costs are taxed to the petitioner.

Done this 28th day of June 2007.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153